**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Joseph Mocco, | No. CV-16-00474-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is Petitioner's motion for leave to file a reply. Doc. 54. Good cause appearing;

**IT IS HEREBY ORDERED** that the motion is granted. Petitioner shall have 14 days from the date of this order to file a reply.

Dated this 25th day of September, 2018.

_____
Honorable Raner C. Collins
United States District Judge